UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X   Docket No.: 14-cv-3338
JOHN M. STEVENSON and TONI STEVENSON,

                        Plaintiff(s),

                -against-

STATE FARM FIRE AND CASUALTY COMPANY,

                        Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## **DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned Attorney of Record for Defendant State Farm Fire and Casualty Company ("State Farm"), a non-governmental corporate party, hereby certifies as follows: State Farm has no parent corporation and no publicly held corporation owns 10% or more of State Farm's stock.

Dated: Uniondale, New York
          May 29, 2014

                                                  Respectfully submitted,

                                                  RIVKIN RADLER LLP


                                                  By: s/_____
                                                  Michael A. Troisi (MT 2002)
                                                  Michael P. Welch (MW 7559)
                                                  RIVKIN RADLER LLP
                                                  926 RXR Plaza
                                                  Uniondale, New York 11556
                                                  Telephone:   (516) 357-3000
                                                  Facsimile:    (516) 357-3333

                                                  *Counsel for Defendant State Farm Fire and Casualty Company*

2990857 v1